**VAN–107** Deficiency Notice – Rev. 07/25/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Athey Products Corporation
  *( debtor has no known aliases )*
1839 SOUTH MAIN STREET
WAKE FOREST, NC 27587

TaxID: 36–0753480

CASE NO.: 00–02736–5–ATS

DATE FILED: December 8, 2000

CHAPTER: 11

## DEFICIENCY NOTICE

To: Scott M. Jenkins

Re: Motion To Release Funds In The Amount Of $ 10,392.12 filed by Scott M. Jenkins.

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **August 9, 2010** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

A certified copy of all probate documents, including a copy of the death certificate, must be provided when requesting release of unclaimed funds to a representative of a deceased creditor/claimant. Upon receipt of the required documents, the court will consider your motion.

DATED: July 28, 2010

                                              Shelia Morris
                                              Deputy Clerk